JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE WILLIAMS, et al., | Case No. CV 22-5798 PA (ASx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

In accordance with the Court's January 21, 2023 Minute Order granting the Motion to Dismiss filed by defendant County of Los Angeles ("Defendant") and dismissing plaintiffs Marie Williams, Anthony Williams, Daniel McClanaham, and Russell Williams, Sr., acting individually and as personal representatives of the Estate of Russell Williams ("Plaintiffs"), First Amended Complaint, and the Court's January 19, 2023 Minute Order dismissing the remaining Doe defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant and brought pursuant to 42 U.S.C. § 1983 are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law causes of action and that those causes of action are dismissed without prejudice.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

2  nothing and Defendant shall have its costs of suit.

3  DATED:  January 21, 2022

4

_____

Percy Anderson

5                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28